**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHARLES E SIMS,                                    No. C06-06782 MJJ

           Plaintiff,                              **ORDER TO SHOW CAUSE**

     v.

F NAMDARAN,

           Defendant.
_____/

    The Court has received no opening brief from appellant in this bankruptcy appeal.  Pursuant to this Court's Notice of Briefing entered November 29, 2006 (Docket No. 4), appellant's opening brief was due on December 29, 2006.

    Appellant is hereby **ORDERED** to show good cause in writing, **by Wednesday, October 3, 2007**, why no opening brief has been filed to date, and why the appeal should not be dismissed for failure to prosecute.  Failure to respond to this order will result in the imposition of sanctions, which may include dismissal of the appeal.

**IT IS SO ORDERED.**

Dated: Septemer 27, 2007                    _____
                                            MARTIN J. JENKINS
                                            UNITED STATES DISTRICT JUDGE